UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-1411-T-24TBM

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

LA CABANA ANTIOQUENA, INC., a Florida corporation
d/b/a LA CABANA ANTIOQUENA, and CHUNG SUNG
MUN, an individual, and CHUNG SANG OK, an individual

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, KENDRICK E. DULDULAO, and Defendants, LA CABANA ANTIOQUENA, INC, d/b/a LA CABANA ANTIOQUENA, and CHUNG SUNG MUN, and CHUNG SANG OK, by and through their respective undersigned counsel, hereby notify the Court that settlement has been reached amongst the parties in the above styled case. The Confidential Settlement Agreement is being drafted and will be circulated for approval and signatures. A Stipulation of Discontinuance will be file shortly hereafter.

Dated this 26th day of September, 2011.

Respectfully submitted,

  By: s/ B. Bradley Weitz_____
     B. Bradley Weitz, Esq.
     Florida Bar NO: 479365
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone:   (305) 949-7777
     Facsimile:    (305) 704-3877
     Email: bbw@weitzfirm.com

By: s/ Arlene K. Kline_____
    Arlene K. Kline, Esq.
    Florida Bar NO: 104957
    Karen M. Buesing, Esq.
    Florida Bar NO: 348491
    AKERMAN SENTERFITT
    222 Lakeview Avenue, 4th Floor
    West Palm Beach, Florida 33401
    Telephone:  (561) 653-5000
    Facsimile:   (561) 659-6313
    Email: arlene.kline@akerman.com
    Attorneys for Defendant
    La Cabana Antioquena, Inc.


By:  s/ Victor W. Holcomb_____
    Victor W. Holcomb, Esq.
    Florida Bar NO: 326453
    HOLCOMB & LEUNG, P.A.
    3203 W. Cypress Street
    Tampa, Florida 33607
    Telephone:  (813) 258-5835
    Facsimile:   (813) 258-5124
    Email: victor@holcomblaw.com
    Attorneys for Defendant
    CHUNG SUNG MUN
    and CHUNG SANG OK