UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:11-CV-01411-SCB-TBM

KENDRICK E. DULDULAO

    Plaintiff,

v.

LA CABANA ANTIOQUENA, INC.,
*a Florida corporation d/b/a La Cabana Antioquena,* CHUNG SUNG MUN, *an Individual*, and CHUNG SANG OK, *an individual*,

    Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Kendrick E. Duldulao ("Plaintiff") and Defendants, La Cabana Antioquena, Chung Sung Mun and Chung Sang Ok ("Defendants"), having entered into a Confidential Settlement Agreement thereby resolving all of the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action against Defendants, *with prejudice,* with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Each party shall bear its own costs, expert fees, attorneys' fees and paralegals' fees, except as otherwise specified in the Confidential Settlement Agreement.

Dated: November 3, 2011.

*[Signature blocks follow on next page]*

{22555941;3}    1

By:/s/Arlene K. Kline_____
   Arlene K. Kline
   Fla. Bar No. 0104957
   arlene.kline@akerman.com
   AKERMAN SENTERFITT
   *Attorneys for La Cabana*
   222 Lakeview Ave., Suite 400
   West Palm Beach, Florida 33401
   Telephone: (561) 653-5000
   Facsimile: (561) 659-6313

By: */s/B. Bradley Weitz*_____
   B. Bradley Weitz
   Fla. Bar No: 479365
   BBW@weitzfirm.com
   THE WEITZ LAW FIRM, P.A.
   *Attorney for Plaintiffs*
   18305 Biscayne Blvd., Suite 214
   Aventura, Florida 33160-2172
   Telephone: (305) 949-7777
   Facsimile: (305) 704-3877

By: */s/Vic Holcomb*_____
   Vic Holcomb
   Fla. Bar No. 326453
   victor@holcomblaw.com
   HOLCOMB & LEUNG, P.A.
   *Attorneys for Landlords*
   3203 W. Cypress Street
   Tampa, Florida 33607
   Telephone: (813) 258-5835
   Facsimile: (813) 258-5124